# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HARRIS, | CASE NO. 1:12-cv-01426-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO EITHER WITHDRAW AMENDED COMPLAINT AND NOTIFY COURT OF WILLINGNESS TO PROCEED ONLY AGAINST DEFENDANTS HASKY AND BELTRAN OR FILE SECOND AMENDED COMPLAINT |
| v. | |
| HASKY, et al., | |
| Defendants. | |
| | (Doc. 9) |
| | THIRTY-DAY DEADLINE |

Plaintiff Eddie Harris, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2012. On March 28, 2013, the Court screened Plaintiff's complaint and ordered Plaintiff to either (1) file an amended complaint curing the deficiencies identified or (2) notify the Court of his willingness to proceed only against Defendants Hasky and Beltran, which would result in the dismissal of Defendant Turner.

Plaintiff filed an amended complaint on April 15, 2013. Given that the amended complaint names only Defendants Hasky and Beltran and omits Defendant Turner, it appears that Plaintiff agrees with proceeding only against Hasky and Beltran. However, instead of notifying the Court of this election as directed, Plaintiff instead filed an amended complaint which is so brief that it no longer states a claim against anyone.[1] By omitting all of the facts set forth in the original complaint, Plaintiff's amended complaint no longer includes detail to support his claim that Defendants Hasky

---

[1] The statement of claim in Plaintiff's original complaint was more than twenty pages long. His current statement of claim is only one paragraph.

1

and Beltran acted with deliberate indifference to a substantial risk of harm to his safety, in violation of the Eighth Amendment. *Farmer v. Brennan*, 511 U.S. 825, 847, 114 S.Ct. 1970 (1994); *Hearns v. Terhune*, 413 F.3d 1036, 1040 (9th Cir. 2005).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff is ORDERED to either (1) withdraw his amended complaint and notify the Court of his willingness to proceed on his original complaint against Defendants Hasky and Beltran only, or (2) file a second amended complaint setting forth sufficient facts to state a claim for relief.

IT IS SO ORDERED.

**Dated:  April 29, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE