# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HARRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>HASKY, et al.,<br><br>            Defendants. | Case No. 1:12-cv-01426-LJO-SKO (PC)<br><br>ORDER DISREGARDING OPPOSITION TO STRICKEN MOTION TO DISMISS<br><br>(Doc. 27) |

Plaintiff Eddie Harris, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2012. On April 17, 2014, Plaintiff filed a document entitled "Motion for Denial of Dismissal of Complaint."

The filing is Plaintiff's opposition to Defendants' motion to dismiss for failure to exhaust rather than a motion. However, Defendants' motion to dismiss was stricken from the record on April 8, 2014, in light of *Albino v. Baca*, __ F.3d __, __, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc). Given that the motion is no longer pending before the Court, Plaintiff's opposition is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **April 22, 2014**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE