# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>HASKY, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-01426-LJO-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 29) |

      Plaintiff Eddie Harris ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2012. This action is proceeding on Plaintiff's amended complaint against Defendants Hasky and Beltran ("Defendants") for endangering Plaintiff's safety, in violation of the Eighth Amendment of the United States Constitution.

      On May 8, 2014, Defendants filed a motion for summary judgment for failure to exhaust the administrative remedies.[1] 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 56(a); *Albino v. Baca*, __ F.3d __, __, No. 10-55702, 2014 WL 1317141 (9th Cir. Apr. 3, 2014) (en banc) (failure to exhaust should be raised in a summary judgment motion). Accordingly, it is HEREBY ORDERED that:

///

---

[1] The motion was accompanied by the requisite contemporaneous notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934, 938-41 (9th Cir. 2012).

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an opposition or a statement of non-opposition to the motion; and

2. **If Plaintiff fails to file an opposition or a statement of non-opposition, this action will be dismissed for failure to obey a court order and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **May 12, 2014**              /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE